```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                       NORTHERN DIVISION
```

MARQUICE ROBINSON,            )
                              )
         Plaintiff,           )
                              )
    v.                        )     No. 2:10 CV 16 DDN
                              )
SANTANDER CONSUMER USA, INC., )
                              )
         Defendant.           )

## ORDER

The court having been advised by attorney Nelson L. Mitten that this action has been settled,

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. **Failure to comply timely with this order may result in the dismissal of this action with prejudice.**

**IT IS FURTHER ORDERED** that all pending motions (Docs. 26, 30) are denied without prejudice as moot.

**IT IS FURTHER ORDERED** that the April 25, 2011 trial date is vacated.


                              /S/   David D. Noce
                         **UNITED STATES MAGISTRATE JUDGE**


Signed on January 28, 2011.