# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | |
|---|---|
| MARQUICE ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:10-CV-00016-DDN |
| vs. | ) |
| | ) |
| SANTANDER CONSUMER USA, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Marquice Robinson hereby dismisses with prejudice her Complaint against Defendant Santander Consumer USA, Inc.

Respectfully submitted:

Krohn & Moss, Ltd.

  /s/ Adam Maxwell

Mr. Adam C. Maxwell
Krohn & Moss, Ltd.
120 W. Madison Street, 10th Floor
Chicago, Illinois 60602
Phone:  312-578-9428
Fax:      866-870-0941
Email:  amaxwell@consumerlawcenter.com

Riezman Berger, P.C.

BY:    /s/Nelson Mitten
Nelson Mitten, #35818MO
Joseph D. Schneider, #57484MO
7700 Bonhomme Ave., 7th Fl.
St. Louis, MO 63105
Phone: 314-727-0101
Fax:     314-727-6458
Email:  mitten@riezmanberger.com

{00314408- 1 24642-208 }